

FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 19 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**8/19/2015**                                                    **COA No. 12-14-00090-CR**
**CRUZ-ROMERO, MIGUEL ANGELTr. Ct. No. 114-1111-11**       **PD-0696-15**
This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until July 21, 2015. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk

            12TH COURT OF APPEALS  CLERK
            CATHY LUSK
            1517 W. FRONT, ROOM 354
            TYLER, TX  75701
            * DELIVERED VIA E-MAIL *